UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ANGELA MICHELLE ACTON, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, *Commissioner of* )<br>*Social Security*, )<br>)<br>*Defendant.* ) | Case No. 4:10-cv-82<br><br>Judge Mattice |

## ORDER

On January 3, 2012, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given fourteen days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's Report and Recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Judgment Based Upon the Administrative Record (Doc. 12) is hereby **DENIED**; Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**; the Commissioner's decision denying benefits is **AFFIRMED;** and the instant action is **DISMISSED WITH PREJUDICE**.

A separate judgment will enter. The Clerk is **DIRECTED** to close the file in the case.

**SO ORDERED** this 22nd day of March, 2012.

                                              */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                          UNITED STATES DISTRICT JUDGE